# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CASE NO. _____

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining. Do not use **et al.**]

Juan Antonio Cruz

_____

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title if you know it. Do not use **et al.**] You may attach an additional page to add more defendants.

Doctor MIMS

Doctor Ramos

Nurse Trego

Medical Staff S. Coakley

Medical Staff Simmons

Cardiologist Rivera

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
March 10 ____20 26
Dinah Milton Kinney, Clerk
By_____
Deputy Clerk

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Complete every section and **SIGN PAGE 7.**

(rev. 11/7/22)

## A.    JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check one.

I can bring my complaint in federal court because I am suing:

1.    ☐ State, county, or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2.    ☒ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B.    PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages. Provide items a, b, and c for each plaintiff.

1.    First Plaintiff
      a.    Full Name:  Juan Antonio Cruz
      b.    Inmate Number:  24350014
      c.    Correctional facility:  United States penitentiary Beaumont P.O. Box 26020 Beaumont, TX. 77720

2.    Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☐ Pretrial detainee

☐ Civil committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other (explain)_____

2

**C.    DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)** Provide items a, b, and c for each defendant. If you are suing more than six defendants, attach additional pages. You may attach an additional page to add more defendants.

1.   First Defendant

   a.   Full Name:   MIMS

   b.   Rank or Title:   DOCTOR

   c.   Workplace: UNited STATES penitentiary Hazelton West Virginia

2.   Second Defendant

   a.   Full Name:   RaMOS

   b.   Rank or Title: DOCTOR

   c.   Workplace: UNited STATES penitentiary Beaumont Beaumont, Texas

3.   Third Defendant

   a.   Full Name:   TREGO

   b.   Rank or Title: NURSE

   c.   Workplace: UNited STATES penitentiary Hazelton West VIRGINIA

4.   Fourth Defendant

   a.   Full Name:   S. COAKley

   b.   Rank or Title: Medical STAff

   c.   Workplace: UNited STATES penitentiary Hazelton West VIRGINIA

5.   Fifth Defendant

   a.   Full Name:   SIMMOnS

   b.   Rank or Title: Medical STAFF

   c.   Workplace: FCI Beaumont - LOW Beaumont Texas

3

Counselor
Deavors
UNited states penitentiary Hazelton
west Virginia

Caseworker
Huggins
UNited states penitentiary Hazelton
west Virginia

WARDEN
M. STAR
UNited states penitentiary Hazelton
west Virginia

(S.I.S) Special Investigative Services
Riffle
UNited states penitentiary Hazelton
west Virginia

Caseworker
Brown
UNited states penitentiary Beaumont
Beaumont texas

UNit Manager
Blackmon
UNited states penitentiary Beaumont
Beaumont texas

Counselor
Hidecker
UNited states penitentiary Beaumont
Beaumont texas

NURSE
Bellamy
United States penitentiary
Beaumont Texas

Medical STAFF   Health Service Administrator
MS. WHite
FCI Beaumont-Low
Beaumont Texas

NORTH Central Regional STAFF  Grievance processings
John DOE(S)    The Director
JAne DOE(S)
Kasas City Kasas

NORTH Eastern DISTRICT of Columbia Regional STAFF
Grievance processings   THE Director
JOHN DOE(S)
JANE DOE(S)
Washington D.C.

South Central Regional STAFF  Grand prairee
Moving process Supervisor(s) (Medical processing Supervis-
John DOE(S)    THE Director                    ors)
Jane DOE(S)
Grand PRAIRRE TEXAS
Records Department supervisor
John Doe(S)
Jane Doe(S)
United States penitentiary Hazelton
West Virginia
Medical Department   Health service Administrator
John Doe(s)
Jane Doe(s)
United States penitentiary Hazelton
  est Virginia

Radiology Department
Radiologist who took photos
FCI Beaumont-Low
Beaumont Texas


Radiology Department
Radiologist who took photos
United States Penitentiary Hazelton
West Virginia

6.  Sixth Defendant

    a.  Full Name:  RIVERA

    b.  Rank or Title:  Cardiologist

    c.  Workplace: UNited States penitentiary Hazelton West Virginia

## D.  REASON FOR COMPLAINT

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is who did what, when they did it, and how you were harmed.

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to be specific about dates, times, and the names of the people involved. It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe 2, and so on.

**Now briefly describe the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrong actions.**

1. I have (13) different diagnosis when I left the Hospital Mid-State Hospital Meriden Connecticut 06451 that needed to be attended to

2. now that I was incarcerated I was suppose to be in a Medical facility Judge Recconmendations District Court Judge (Jeffrey Alker Meyer)

3. I never spoke to any Doctor until (8) months in the FBOP who Denied all of my Requests But I and my lawyer Allison Kah I have my Doctors Diagnosis

4. I put in for a compassionate Release which was Denied by the Medical Department in U.S.P. Hazelton in west Virginia But they will not cater to my Medical needs I am in a dangerous Environment I am Handicap with one leg I had my face split in U.S.P Hazelton See Medical Records in U.S.P Hazelton with photographs of my face after the Judge Recconmended that I be placed in a Medical facility

I am currently still not recieving any medical attention to Attend to my leg I have poor circlation I have screws and pins in my leg as a child that popped as a result of my accident I feel a pinching in my foot I can see a circler mark again I had a Radiologist take photos here at FCI Beaumont-Low I am still not going to a medical facility my Request was denied again I used the grievance process which also never worked it also was denied I have not been able to Receive physical therepy occupational therepy my leg is Healing stiff I feel dizzy at times the Room starts spinning Because my circlation is Bad Who is ever Responcible in Grand prairie texas the super-visor for moving is also not putting me in a medical facility the FBOP Has my medical file from the Hospital I am not Receiving any of the medications that I am suppose to have that the Hospital discharged me with I am going to another dangerous Environment which I wrote the court Letting them know I was in fear for my life Because I Just started walking again I was in a wheel chair for (16) months I have no muscle in my leg to walk proper I have to Regain my muscle By working out But these

If you need more space, attach additional pages, but be as brief as possible.

facilities are always on Lockdown so I cannot Attend to any medical need that I have

**E.    REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must request a Writ of Habeas Corpus.

I am Requesting 250,000,000.00 for mental and Emotional injury and also the physical injury of me not being able to use my leg properly in the future for not being treated properly or getting the proper medical treatment I would like to also sue Because when I do get the Right treatment After my incarceration it shows neglegence cruel and unusual punishment deliberate difference

5

**F.**     **DO YOU WISH TO HAVE A JURY TRIAL? YES**  **NO** ☐

**G.**     **PLAINTIFF'S CERTIFICATION AND WARNINGS**

> **Warning: You must sign this, or your complaint will not be filed.**

By signing this complaint, I certify that I have read the following:

**Before you file your Complaint, contact Inmate Legal Aid Program. Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding in forma pauperis. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1.     Failure to use the prison grievance process before suing: If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2.     Complaining about incidents that happened a long time ago: If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3.     Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you.

4.     Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first. If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5.     Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison: If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

6.    Please be advised that you may be denied *in forma pauperis* status if you have filed three of more cases as a prisoner that were dismissed as frivolous, malicious, or for failure to state a claim. The Prison Litigation Reform Act ("PLRA") amended the statute governing proceedings filed *in forma pauperis*. In relevant part, Section 804(d) of the Prison Litigation Reform Act amended 28 U.S.C. § 1915 by adding the following subsection:

> (g)  In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

*See Akassy v. Hardy*, 887 F.3d 91, 93 (2d Cir. 2018) ("'the PLRA contains a "three-strikes" rule that bars prisoners from proceeding IFP if they have a history of filing frivolous or malicious lawsuits,' with an exception provided for a prisoner who is in imminent danger of serious physical injury.") (quoting *Pettus v. Morgenthau*, 554 F.3d 293, 296 (2d Cir. 2009)).

Please note that this is not a complete list of the problems you might encounter with your case. The Court cannot give you legal advice. You will be required to comply with Court rules and procedures, even though you are proceeding without a lawyer. Your best strategy is to call Inmate Legal Aid Program before you file a complaint. If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Further, by signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: Juan A. C~~~

Signed at: FCI Beaumont-Low on 2-26-2026
           (Location)                    (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff**.

7

RECEIVED

MAR - 6 2026

U.S. DISTRICT COURT
NEW HAVEN, CT

february 26, 2026

To whom it may concern
    I Juan Antonio Cruz federal number 24350014 CR JAM 00004 I am writing in regards to me being on FRP Restriction and also being in the Special Housing Unit (SHU) from November 2015 til March 2022 I paid $25.00 Every other Month no Every 3 Months the proof is on my account now as of April 2025 til november 2025 it was $25.00 a Month again the proof is on my account in total thats 11 years ago But my Bill is Still $17,191.00 now Here at USP Beaumont my bill is $1100.00 a year $275 $275.00 Every 3 Months I do not have a Job to pay $1100.00 a year now the Result of me not signing the paper put me on FRP Refusal I am sending my Receipt Showing a $25.00 Monthly Spending limit due to me being on FRP Refusal also it shows the Money on my account since I cannot get a copy of the last 6 Months of my account for the Courts to file my 1983 CIVIL SUIT Because no Matter How Hard I try nobody cares so I am being Hindered from Exaushsting my Remedies also I have not been able to Receive a Medical tort Claim this also is Stopping me from Exaushsting my Remedies now I have been in the SHU since november 18, 2025 til the date above which in total is 100 days so I am only suppose to be in the SHU in total 90 days March 18, 2026 will make it 120 days 4 Months I was told March will be my 90 days I feel like I am being Retaliated on for whatever Reason so I need the Court to get somebody down Here to do their Job I need a Medical tort Claim and I do not wanna be on FRP nor do I want to be bullied into having to pay something I do not have or sign a paper to pay it when I don't have it and being tortured by being stuck in a cell

for way longer than I have to all because I am corresponding with the courts and Refusing to sign a paper for Monies that I do not have again like I said I feel like I am being tortured by sitting in a Room for months at a time then told my paperwork had to be started over again for whatever Reason Even though I feel like its Retaliation so now when I file my civil suit claim I am lacking the last 6 Months of my account (a print out) the signature of my counselor filing a tort claim so again I am being Hindered from Exausting my Remedies and punished for wanting to Exaust my Remedies and I am trapped in a Mop closet because I am writing the courts letting the clerk office know whats going on I am asking the court for assistance on getting out of the SHU and for a Medical tort claim a copy of the last 6 Months of my account and the Counselers signature the clerks office Might have to call up Here or Have Allison Kaht Make a legal call so I can have Her assistance on getting Everything done your Concerns in these Matters are greatly appreciated

Sincerely

Juan A. Cruz

Juan A. Cruz
24350014
Beaumont FCI-Low
P.O. Box 26020
Beaumont, TX 77720

RECEIVED
MAR - 6 2026
U.S. DISTRICT COURT
NEW HAVEN, CT.

1kcr4v18

February 26, 2026

Ms. Huggins and Mr. Deavors are apart of the Unit team in Hazelton Ms. Huggins Caseworker Mr. Deavors the Counselor Both whom are Responcible for My safety as well as the Unit Officer as well as My Cell placement in the Unit having me on the top tier of the Unit after me Explaining to both having an issue with My leg and My Medical History (meaning Medical Records) as well as Handling the Grievance Process the first Grievance is the ⑧ which takes five days for a Responce and then for me to proceed forward with the ⑨ which takes 20 days then I proceed forward and the ⑨ goes to the Warden Ms. M. Star who also failed to Respond which led me to file with the Region the Clerks office also has a Copy of the Grievance which the Medical department Doctor Mims Ms. Trego Cardiologist Rivera who all failed to give me the proper Medical treatment and proper Medical placement Judges Recommendation Jeffery Alker Meyer who Recommended fort Devens I never seen or spoke to any Doctor at Hazelton which is Mims I only spoke to Ms. Rivera who gave me two shots in both sides of My Hip Before I was transfered But this was after My face was split on September 1st Monday 2025 making a U.S.P unfit and not safe for someone like Myself with one leg not functioning proper poor circlation neuropathy Hypertension I Just finished doing dialysis a Bad Heart Etc see Medical file also I finished My Grievance process to the Regional departments in which the Grievance process was suppose to be sent to and also Grand prairie Texas who is also Responcible for My transfer and placement and who was also aware of My Medical needs because My lawyer allison Kahl called and personally spoke to whom it Concerned about My Medical needs and

as well as the Judges Recconendation (fort Devens) also speaking to Doctor Ramos Medical Staff SIMMONS Bellamy, Blackmun who is the Unit Manager and Mr. Brown who is the Caseworker which both of them are aware of Me needing a Medical tort Claim form which also I ~~needed~~ needed page ⑤ of the Civil Suit 1983 Bivens form signed dated and a print out of the last ⑥ months of My account and I've been in Beaumont since november 14 friday 2025 2025 which is Hindering Me from ~~Exausti~~ Exauusting My Remedies and Retaliating By keeping in the SHU for 100 days plus for Me trying to ~~Exauth~~ Exaust ~~Exaust~~ My Remedies to this day February 27, 2026 friday I still have not Received any tort claim or a copy of the last 6 Months of My account and I am still in the SHU Doctor Ramos Spoke to Me for two Minutes then waved for the officer to take Me out of the Room like He was annoyed Ms SIMMENS not sure if She is a Doctor or a nurse ordered the X Ray for My foot But My Request was denied for a Medical facility so now I have to go back to a (USP) United States penitentiary I wrote to the court saying I feared for My life I have a Hundred and Seventhy one days left and nobody cares for My safety and I Received two disciplinary infractions trying to save My life and lost 30 days of Goodtime Making My sentence longer the Records Department are aware of My needs (Judges Recconendation) fort Devens the ⑩ of the Grievance Goes to the central Region Kasas City and the ① of the Grievance Goes to Washington DC

16cr 4 VAB

January 25, 26

To Whom it May Concern,
    I Juan Antonio Cruz federal
number 24350014 Cr. 3:16 Jam 00004
I wrote a letter to the office of the clerk
In December 2025 from U.S.P Beaumont
concerning certain matters I asked the
Clerks office to Respond back in Receipt of
My letter I never Received any Response
which allows me to believe the clerks
office never Received My letter I wrote
concerning My Compassionate Release My
Motion I filed now the motion was
partially about me being in a Medical
Facility which I am not now in My
December 2024 sentencing transcript is
the conversation between Judge Meyer
and the Lawyer Timothy ward or
Terrence Ward which states the Reason
for Me wanting to be federal instead of
state placement was to utilize the Medical
facility which was Recommended by
Judge Meyer fort Devens now since I
never Made it to fort Devens Medical facility
September 1, 2025 in U.S.P Hazelton, W.V
I had My face split the SIS officer had
pictures taken in Medical while I was
getting My face glued together now coming
to U.S.P Beaumont P.O. BOX 26030
Beaumont, TX. 77720 the September 1st 2025

FEB 2 2026 PM 3:13
FILED-USDC-CT-NEW HAVEN

Situation followed me Here to Beaumont, TX now My December 2025 letter to the Clerks office Said I was in fear for My life I have one leg in this dangerous Enviroment poor circulation Etc See My Medical File from Mid-State Hospital Meriden, CT. 06451 also I would like to know Concerning My Motion whats the Maximum date I have to wait Concerning My compassional Release and Motion now Since My December 2025 letter to the Clerks office I was placed accross the Street to Beaumont FCI-Low PO BOX 26020 People have been Here Months waiting to get transfered I am asking the Clerks office to Respond in Receipt to this letter also this is a notification of the change of address and I would like a 1983-Civil Bivens form I have Exhausted all of My Remedies I would like to take action on the f.b. op for violating My Amendment Rights and for neglegence please I do not want to get Hurt trying to Make it out your Concerns again in this Matter are greatly appreciated

— 24350014

Juan A. Cruz
Beaumont FCI-Low
P.O. BOX 26020
Beaumont, TX. 77720

Sincerely

Juan A. Cz



**STATE OF CONNECTICUT**
**DEPARTMENT OF CORRECTION**
Interstate Management Unit
1153 East Street South
Suffield, CT 06080



Angel Quiros
Commissioner

Ned Lamont
Governor

January 15, 2026

Cruz,Juan
CT# 239876 REG#24350-014
Beaumont USP
P.O. Box 26030
Beaumont, TX   77705

Mr.  Cruz,Juan

A review was recently completed and information received from Federal Bureau of Prisons reflects that you have received 2 disciplinary report(s) with dates and equivalent Connecticut disciplinary offenses as follows:

| Date | DR Offense | Class A/B | RREC Days Forfeited |
|------|-----------|-----------|---------------------|
| 12/15/2025 | Refusing Housing | A | 15 |
| 12/16/2025 | Refusing Housing | A | 15 |
|  |  |  |  |

In accordance with Administrative Directive 9.5 "Code of Penal Discipline", Section 13-b(iii) "Forfeiture of Risk Reduction Earned Credit", and Administrative Directive 4.2A "Risk Reduction Earned Credit" Attachment A, you have forfeited a total of 30 days for your disciplinary behavior. As a result, please note that your current end of sentence date for Connecticut is 1/15/2029. An updated time sheet has been included for your convenience.  Also attached are excerpts from the directives.

I encourage you to remain discipline-free and follow the rules and regulations of the Federal Bureau of Prisons.

If you have any questions, please feel free to write this office.

Sincerely,

*this what happened trying to protect my life*

Correctional Counselor Skribiski
Interstate Compact Office

Attachments
CC:    Inmate Master File

Juan Cruz #24350-014
BEAUMONT LOW FCI
P.O. BOX 26020
BEAUMONT, TX 77720

So I gave page ⑤ to the warden like I said I was in letter ④ Her title is Dr Dinis she said she is sending me Back to the USP P O BOX 26030 Because she is tired of these people playing games so I am not for sure where I am going to be I ordered stamps from Commissary and they never brought it so I will do the best to let the court know if my address changes